**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 100 WAL 2020
:
Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
VIRGINIA ANN KURSCHINSKE, :
:
Petitioner :

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.